**SALDANA v. RODRIGUEZ et al.**

No. 3337.

Court of Civil Appeals of Texas. El Paso.

March 26, 1936.

Rehearing Denied April 23, 1936.

Charles J. Lieck and Herman A. Knopp, both of San Antonio, for appellant.

Maxwell Burket and Bennett & Klein, all of San Antonio (Piland & McNeill and Wiley C. McNeill, all of San Antonio, of counsel), for appellees.

HIGGINS, Justice.

Upon examination and consideration of the record in this case, we are of the opinion no reversible error is shown by appellant's assignments of error, and the judgment should be affirmed. It is so ordered.